IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00820-ZLW

KENT NORMAN,  also known as,
ROBERT KETCHUM, also known as,
ROBERT H. KETCHUM, also known as,
R.H. KETCHUM, also known as,
BOB KETCHUM, also known as,
KENT C. NORMAN, also known as,
KENT CHARLES NORMAN,

            Plaintiff,

v.

DR. PRIMER,  and
SIX OTHER UNKNOWN PHYSICIANS, DOES ONE THROUGH SIX, each of them
        individually and in their own capacities,
JOHN KNUSTLE,  M.D.,
SPANISH PEAKS PHARMACY,
SHERI BLACKMON, M.D.,

            Defendants.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

        Plaintiff submitted a Notice of Appeal on May 3, 2010 .  The court has determined that the

document is deficient as described in this order.  Plaintiff will be directed to cure the following if

he wishes to pursue this appeal.

**(A)    Filing Fee**
        <u>X</u>      is not submitted

1

**(B)     Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:

| | |
|---|---|
| X | is not submitted |
| __ | is not on proper form (must use the court's current form) |
| __ | is missing original signature by plaintiff/petitioner on motion |
| __ | is missing affidavit |
| __ | affidavit is incomplete |
| __ | is missing original signature by plaintiff/petitioner on affidavit |
| __ | affidavit is not notarized or is not properly notarized |
| __ | other_____ |

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the

date of this order.  Any papers that Plaintiff filed in response to this order must include the civil

action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy

of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave

to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within

thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado, this __6th__ day of __May__, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court